1

2

3                                                          Hon. Benjamin H. Settle

4

5

6                    UNITED STATES DISTRICT COURT

7              WESTERN DISTRICT OF WASHINGTON, AT TACOMA

8

9   EMPLOYEE PAINTERS' TRUST; WESTERN        Case No.: 3:13-cv-05018-BHS
    GLAZIERS RETIREMENT FUND; DISTRICT
10  COUNCIL NO. 5 APPRENTICESHIP AND         **STIPULATED MOTION AND ORDER
    TRAINING TRUST FUND; THE PAINTERS        FOR DISMISSAL WITH PREJUDICE**
11  AND ALLIED TRADES LABOR
    MANAGEMENT COOPERATION                   [Defendants Alliance Window and Door LLC;
12  INITIATIVE; WASHINGTON                   David A. Jankanish; RLI Insurance Company]
    CONSTRUCTION INDUSTRY SUBSTANCE
13  ABUSE PROGRAM; WESTERN                   **Note on Motion Calendar:**
    WASHINGTON GLAZIERS ORG FUND;            February 26, 2014
14  WESTERN WASHINGTON GLAZIERS MRP,
    acting by and through their designated
15  fiduciaries Denis Sullivan and Stacey Grund;
    INTERNATIONAL UNION OF PAINTERS
16  AND ALLIED TRADES DISTRICT COUNCIL
    NO. 5,
17
                   Plaintiffs,
18
            vs.
19
    PACIFIC NORTHWEST CONTRACTORS,
20  INC., a Washington corporation; DANIEL A.
    JANKANISH, individually; STEVE COOPER,
21  individually; ALLIANCE WINDOW AND
    DOOR LLC, a Washington limited liability
22  company; DAVID A. JANKANISH,
    individually; AMERICAN CONTRACTORS
23  INDEMNITY COMPANY, a California
    corporation; RLI INSURANCE COMPANY, an
24  Illinois corporation; CITY OF TACOMA, a
    municipality; FISHER & SONS, INC. dba JTM
25  CONSTRUCTION, a Washington Corporation;

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

| | |
|---|---|
| 1 | HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; CENTRAL WASHINGTON UNIVERSITY, a public |
| 2 | University; KILLIAN CONSTRUCTION CO., a Missouri corporation; SAFECO INSURANCE |
| 3 | COMPANY OF AMERICA, a New Hampshire corporation; DEPARTMENT OF ENTERPRISE |
| 4 | SERVICES, an administrative agency for the State of Washington; TIGER |
| 5 | CONSTRUCTION, LTD, a Washington corporation; TRAVELERS CASUALTY AND |
| 6 | SURETY COMPANY OF AMERICA, a Connecticut corporation; EVERETTE SCHOOL |
| 7 | DISTRICT, SNOHOMISH COUNTY, STATE OF WASHINGTON, a Washington municipal |
| 8 | corporation; SYNERGY CONSTRUCTION, INC., a Washington corporation; FIDELITY |
| 9 | AND DEPOSIT OF MARYLAND, a Maryland corporation; |
| 10 | Defendants. |
| 11 | |

12    Plaintiffs Employee Painters' Trust; Western Glaziers Retirement Fund; District Council No. 5

13  Apprenticeship And Training Trust Fund; The Painters and Allied Trades Labor Management

14  Cooperation Initiative; Washington Construction Industry Substance Abuse Program; Western

15  Washington Glaziers Org Fund; Western Washington Glaziers MRP, acting by and through their

16  designated fiduciaries Denis Sullivan and Stacey Grund; and International Union of Painters and Allied

17  Trades District Council No. 5 ("Plaintiffs"), by and through their counsel, The Urban Law Firm and

18  Christensen James & Martin, and Defendants Alliance Window and Door LLC; David A. Jankanish; and

19  RLI Insurance Company ("Defendants"), by and through their respective counsel of record, hereby

20  stipulate to dismiss their claims with prejudice, each side to bear its own fees and costs. Specifically,

21  Defendants stipulate to dismiss their counterclaims (Dkt. No. 48) against Plaintiffs with prejudice, each

22  side to bear its own fees and costs. Plaintiffs stipulate to dismiss their claims (Dkt. No. 1) against

23  Defendants with prejudice, each side to bear its own fees and costs.

24  / / /

25

Stipulated Motion for Dismissal
with Prejudice of Certain Defendants
(Case No. 3:13-cv-05018-BHS)

2

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
clj@cjmlv.com
Counsel for Plaintiffs

1   Dated: February 26, 2014

2

3

4

5

6

**THE URBAN LAW FIRM**

_____ *s/ Michael A. Urban* _____
Michael A. Urban, Esq.
Washington State Bar No. 20251
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
E-mail: murban@theurbanlawfirm.com
*Attorney for Plaintiffs*

7   Dated: February 26, 2014

8

9

10

11

12

13

**LAW OFFICES OF JOSEPH W. CREED**

_____ *s/ Joseph W. Creed* _____
Joseph W. Creed, Esq.
Washington State Bar No. 42451
PO Box 2543
Renton, WA 98056
jcreed@cefirm.com
*Counsel for Defendants Alliance Window and Door LLC, David A. Jankanish, and RLI Insurance Company*

14

15

16   IT IS SO ORDERED.

17

18   _____  3/3/14
UNITED STATES DISTRICT JUDGE

19

20   25210

21

22

23

24

25

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

Stipulated Motion for Dismissal
with Prejudice of Certain Defendants
(Case No. 3:13-cv-05018-BHS)