**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST; WESTERN GLAZIERS RETIREMENT FUND; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; WASHINGTON CONSTRUCTION INDUSTRY SUBSTANCE ABUSE PROGRAM; WESTERN WASHINGTON GLAZIERS ORG FUND; WESTERN WASHINGTON GLAZIERS MRP, acting by and through their designated fiduciaries Denis Sullivan and Stacey Grund; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, | Case No.: 3:13-cv-05018-BHS  **STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE**  [Defendant American Contractors Indemnity Company]  **Note on Motion Calendar:** March 25, 2014 |
| Plaintiffs, | |
| vs. | |
| PACIFIC NORTHWEST CONTRACTORS, INC., a Washington corporation; DANIEL A. JANKANISH, individually; STEVE COOPER, individually; ALLIANCE WINDOW AND DOOR LLC, a Washington limited liability company; DAVID A. JANKANISH, individually; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; RLI INSURANCE COMPANY, an Illinois corporation; CITY OF TACOMA, a municipality; FISHER & SONS, INC. dba JTM | |

ORDER

1

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

| | |
|---|---|
| 1 | CONSTRUCTION, a Washington Corporation; HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation; CENTRAL WASHINGTON UNIVERSITY, a public University; KILLIAN CONSTRUCTION CO., a Missouri corporation; SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; DEPARTMENT OF ENTERPRISE SERVICES, an administrative agency for the State of Washington; TIGER CONSTRUCTION, LTD, a Washington corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; EVERETT SCHOOL DISTRICT, SNOHOMISH COUNTY, STATE OF WASHINGTON, a Washington municipal corporation; SYNERGY CONSTRUCTION, INC., a Washington corporation; FIDELITY AND DEPOSIT OF MARYLAND, a Maryland corporation; |

Defendants.

Plaintiffs Employee Painters' Trust; Western Glaziers Retirement Fund; District Council No. 5 Apprenticeship And Training Trust Fund; The Painters and Allied Trades Labor Management Cooperation Initiative; Washington Construction Industry Substance Abuse Program; Western Washington Glaziers Org Fund; Western Washington Glaziers MRP, acting by and through their designated fiduciaries Denis Sullivan and Stacey Grund; and International Union of Painters and Allied Trades District Council No. 5 ("Plaintiffs"), by and through their counsel, The Urban Law Firm and Christensen James & Martin, and Defendant American Contractors Indemnity Company ("Defendant"), by and through its counsel of record, hereby stipulate as follows: (1) Defendants stipulate to withdraw their Motion for Summary Judgment (Dkt. No. 89); and (2) Plaintiffs stipulate to dismiss their claims (Dkt. No. 1) against Defendant with prejudice, each side to bear its own fees and costs.

/ / /

ORDER

2

**THE URBAN LAW FIRM**
**and**
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

1  Dated: March 25, 2014                          **THE URBAN LAW FIRM**

2                                                  *s/ Michael A. Urban*
                                                   Michael A. Urban, Esq.
3                                                  Washington State Bar No. 20251
                                                   800 Bellevue Way NE, Suite 400
4                                                  Bellevue, WA  98004
                                                   P. (425) 646-2394 / (702) 968-8087
5                                                  F. (425) 462-5638 / (702) 968-8088
                                                   E-mail: murban@theurbanlawfirm.com
6                                                  *Attorney for Plaintiffs*

7

8  Dated: March 25, 2014                          **YUSEN & FRIEDRICH**

9                                                  *s/ John S. York, Jr.*
                                                   John S. York, Jr., Esq.
10                                                 Washington State Bar No. 7785
                                                   215 NE 40th Street, Suite C-3
11                                                 Seattle, WA  98105
                                                   P. (206) 545-2123
12                                                 F. (206) 545-6828
                                                   firm@yusenandfriedrich.com
13                                                 *Attorney for Defendant American Contractors Indemnity Company*

14

15

16

17        IT IS SO ORDERED THIS 25th day of March, 2014.

18

19                                                 _____
20                                                 BENJAMIN H. SETTLE
21                                                 United States District Judge

22

23

24

25

ORDER

3

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*